IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| Sherry Johnson, | ) | |
| --- | --- | --- |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-269 |
| Kenosha Unified School District, | ) | |
| Sue Savaglio-Jarvis, and | ) | |
| Shana Lewis, | ) | |
|     Defendants. | ) | |

## DEFENDANT SHANA LEWIS'S
## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Defendant, Shana Lewis, by her attorneys, moves the Court for summary judgment, pursuant to Fed. R. Civ. P. 56 and Civil L. R. 56. This motion is supported by an accompanying Brief, Statement of Facts, and affidavit of counsel.

Respectfully submitted this 31st day of August, 2023.

                                          s/ Stacie H. Rosenzweig
                                          Stacie H. Rosenzweig
                                          State Bar Number 1062123
                                          Sherre K. Chevalier
                                          State Bar Number 1115508
                                          Attorney for Defendant Shana Lewis

                                          HALLING & CAYO SC
                                          320 East Buffalo Street
                                          Suite 700
                                          Milwaukee, Wisconsin 53202
                                          Telephone: (414) 271-3400
                                          Fax: (414) 271-3841
                                          Email: shr@hallingcayo.com
                                          Email: skc@hallingcayo.com