UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHERRY JOHNSON,

    Plaintiff,

v.

KENOSHA UNIFIED SCHOOL DISTRICT,    Case No. 22-cv-00269
SUE SAVAGLIO-JARVIS, and
SHANA R. LEWIS,

    Defendants.

## MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS
## KENOSHA UNIFIED SCSHOOL DISTRICT AND SUE SAVAGLIO-JARVIS

NOW COME the Defendants, Kenosha Unified School District and Sue Savaglio-Jarvis, by their attorneys, Axley Brynelson, LLP, by Lori M. Lubinsky, and hereby move the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in favor of these Defendants. This Motion for Summary Judgment is supported by the accompanying Brief in Support of Defendants' Motion for Summary Judgment, Defendants' Proposed Findings of Fact, supporting Declarations, and the pleadings of record.

Dated this 31st day of August, 2023.

                *s/ Lori M. Lubinsky*
                Lori M. Lubinsky, SBN 1027575
                Attorneys for Defendants
                  Kenosha Unified School District and
                  Sue Savaglio-Jarvis
                AXLEY BRYNELSON, LLP
                P.O. Box 1767
                Madison, WI  53701-1767
                Telephone:  (608) 257-5661
                Email: llubinsky@axley.com