IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sherry Johnson, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 22-cv-269 |
| Kenosha Unified School District, ) | |
| Sue Savaglio-Jarvis, and ) | |
| Shana Lewis, ) | |
|     Defendants. ) | |

## DEFENDANT SHANA LEWIS'S
## RULE 11 MOTION FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL

Defendant, Shana Lewis, by her attorneys, moves the Court for sanctions against Benjamin Hitchcock Cross and Cross Law Firm S.C., pursuant to Fed. R. Civ. P. 11. This motion is supported by an accompanying memorandum, declaration of counsel, and declarations already in the record.

Respectfully submitted this 16th day of October, 2023.

                                _s/ Stacie H. Rosenzweig_
                                Stacie H. Rosenzweig
                                State Bar Number 1062123
                                Sherre K. Chevalier
                                State Bar Number 1115508
                                Attorney for Defendant Shana Lewis

                                HALLING & CAYO SC
                                320 East Buffalo Street
                                Suite 700
                                Milwaukee, Wisconsin 53202
                                Telephone: (414) 271-3400
                                Fax: (414) 271-3841
                                Email: shr@hallingcayo.com
                                Email: skc@hallingcayo.com